UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JILLIAN GANT,<br><br>     Plaintiff,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>     Defendant. | CASE NO. 2:19-cv-01605-JCC-JRC<br><br>ORDER TO CORRECT JOINT STATUS REPORT |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to General Order 02-19. *See* Dkt. 6. On October 9, 2019, this Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 8. The Order sets forth the information which must be included in the JSR. *See* Dkt. 8, at 2-4. The Joint Status Report the parties submitted on October 31, 2019 does not comply with this Court's Order. *See* Dkt 11.

Specifically, the parties' JSR does not contain a date by which the case will be ready for trial, nor an estimated discovery completion deadline. Moreover, the dates submitted for amendment of pleadings, joinder of parties, and third-party actions have dates that fall in March

1 and April of 2019, several months prior to the initiation of this action in State court. *See* Dkt. 11,

2 at 3; Dkt. 1, at 1.

The parties shall submit a joint status report that complies with this Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement by January 3, 2020.

The Clerk of the Court is directed to reset the noting date for the parties' joint status report to January 3, 2020.

Dated this 20th day of December, 2019.

J. Richard Creatura
United States Magistrate Judge